Nellie A. Tufts, Doing Business as E. M. Tufts Canning Co., Appellant, *v.* H. V. Stolz, Doing Business as the Williamson Canning Co., Respondent.

Argued October 10, 1947; decided November 13, 1947.

*Myron Wisoff, Lester M. Rosenbloom* and *Joe Schapiro* for appellant.

*John W. Miles* and *Charles B. Brasser* for respondent.

Judgment reversed, without cost, and the case remitted to the Appellate Division for determination of the questions of fact raised in that court. (See *People ex rel. Sheffield Farms Co.* v. *Lilly,* 295 N. Y. 354.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.